Mark F. Robinson, #2781
Morgan Fife, #11278
**ROBINSON, SEILER & ANDERSON, LC**
2500 N. University Avenue
P.O. Box 1266
Provo, UT 84603-1266
Telephone: (801) 375-1920
Fax: (801) 377-9405
Email: mfr@rsalawyers.com, mfife@rsalawyers.com

*Attorneys for Leland R. Gappmayer and Lavern E. Gappmayer,*
*Trustees of the Gappmayer Family Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| IN RE:<br><br>WARREN KAY CLARK and<br>JOYCE WILLIAMSON CLARK<br><br>Debtor. | **DECLARATION OF NO RESPONSE TO MOTION TO TERMINATE AUTOMATIC STAY**<br><br>Bankruptcy Case No. 09-33811<br>Chapter 7<br>Judge William T. Thurman |
|---|---|

I declare under penalty of perjury as follows:

1.  I have not received any response to the Motion to Terminate Automatic Stay filed by Leland R. Gappmayer and Lavern E. Gappmayer, Trustees of the Gappmayer Family Trust, on February 9, 2010.

2.  I spoke with the Debtors' counsel and he indicated that the Debtors are not going to file any opposition to the Motion to Terminate Automatic Stay.

2.  The time for response to the motion has passed.

///

1

DATED this 2nd day of March, 2010.

    /s/ Morgan Fife_____
Morgan Fife, for:
Robinson, Seiler & Anderson, LC
Attorneys for Leland R. Gappmayer & Lavern E. Gappmayer, Trustees of the Gappmayer Family Trust

## **MAILING CERTIFICATE**

I hereby certify that true and correct copies of the Gappmayer Family Trust's Motion to Terminate Automatic Stay and the Notice of Hearing were mailed to the following, postage prepaid, this 8th day of February, 2010; or by filing this pleading electronically as an ECF registered attorney of the United States District Court, I caused the same to be served via ECF.

**Warren Kay Clark**
1018 South Shady Springs Circle
Saint George, UT 84770

**Joyce Williamson Clark**
1018 South Shady Springs Circle
Saint George, UT 84770

**Paul James Toscano**
VIA ECF
Attorney for Debtors

**David C. West**
VIA ECF
Chapter 7 Trustee

    /s/ Morgan Fife_____